*BROWN & CONNERY, LLP*
Stephanie Nolan Deviney, Esquire
Attorney I.D. # (SND-2009)
1500 Market Street
12th Floor, East Tower
Centre Square
Philadelphia, PA 19102
Attorneys for Plaintiffs,
 Trustees of I.W. District Council
(Philadelphia and Vicinity)

| | |
|---|---|
| **TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY)**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>and<br><br>**IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION FUND**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>          Plaintiffs,<br><br>     vs.<br><br>JHE, INC.<br>306 Weathervane Commons<br>Richboro, PA 18954<br><br>          Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br><br>CIVIL ACTION NO. 02-2795<br><br><br><br>**REQUEST FOR ENTRY OF DEFAULT** |

To:     WILLIAM T. WALSH, Clerk of the Court

Please enter default of the defendant JHE, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend as appears from the attached certification.

*BROWN & CONNERY, LLP*
Attorneys for Plaintiffs

By:   /s/Stephanie Nolan Deviney
         Stephanie Nolan Deviney

Dated: September 19, 2002