***BROWN & CONNERY, LLP***
Stephanie Nolan Deviney, Esquire
Attorney I.D. # (SND-2009)
1500 Market Street
12th Floor, East Tower
Centre Square
Philadelphia, PA 19102
Attorneys for Plaintiffs,
 Trustees of I.W. District Council
(Philadelphia and Vicinity)

| | |
|---|---|
| **TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY)**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>and<br><br>**IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION FUND**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>          Plaintiffs,<br>     vs.<br>JHE, INC.<br>306 Weathervane Commons<br>Richboro, PA 18954<br><br>          Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br><br>CIVIL ACTION NO. 02-2795<br><br><br><br>**CERTIFICATE OF SERVICE** |

          Stephanie Nolan Deviney, of full age, hereby certifies and says:
          1.     On September 17, 2002, I served a copy of the Request for entry of default, certification in support of entry of default and proposed form of entry of default on defendant JHE, Inc., c/o Thomas J. Stevens at 306 Weathervane Commons, Richboro, PA 18954, by mailing it first class mail, postage pre-paid.
          2.     Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2002          /s/Stephanie Nolan Deviney
                                                           Stephanie Nolan Deviney