*BROWN & CONNERY, LLP*
Stephanie Nolan Deviney, Esquire
Attorney I.D. # (SND-2009)
1500 Market Street
12th Floor, East Tower
Centre Square
Philadelphia, PA 19102
Attorneys for Plaintiffs,
 Trustees of I.W. District Council
(Philadelphia and Vicinity)

| | |
|---|---|
| **TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY)**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>and<br><br>**IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION FUND**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>         Plaintiffs,<br><br>     vs.<br><br>JHE, INC.<br>306 Weathervane Commons<br>Richboro, PA 18954<br><br>         Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br><br>CIVIL ACTION NO. 02-2795<br><br><br><br>**ENTRY OF DEFAULT** |

    It appearing that the defendant JHE, Inc., a Pennsylvania corporation, is in default for failure to plead or otherwise defend as required by law, default is hereby entered on this ___ day of September, 2002, against defendant JHE, Inc.

                                                                 _____
                                                                                    Clerk