*BROWN & CONNERY, LLP*
Stephanie Nolan Deviney, Esquire
Attorney I.D. # (SND-2009)
1500 Market Street
12th Floor, East Tower
Centre Square
Philadelphia, PA 19102
Attorneys for Plaintiffs,
 Trustees of I.W. District Council
(Philadelphia and Vicinity)

| | |
|---|---|
| **TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY)**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>and<br><br>**IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION FUND**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>  Plaintiffs,<br><br>  vs.<br><br>JHE, INC.<br>306 Weathervane Commons<br>Richboro, PA 18954<br><br>  Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br><br>CIVIL ACTION NO. 02-2795<br><br><br><br>**CERTIFICATION IN SUPPORT OF REQUEST FOR DEFAULT** |

  Stephanie Nolan Deviney, of full age, hereby certifies and says:

  1.  I am an attorney for the law firm of Brown & Connery, LLP, attorneys for the Plaintiffs in this matter. I have personal knowledge of the facts set forth below and I am authorized to make this certification.

  2.  On May 10, 2002, Plaintiffs filed a complaint in the United States District

Court for the Eastern District of Pennsylvania against defendant, JHE, Inc. (the "Defendant").

    3.    The complaint and summons were served on Defendant on May 28, 2002. See Exhibit A.

    4.    More than twenty (20) days have passed since the date on which the Defendant was served with the complaint and summons.

    5.    The Defendant has failed to answer or otherwise defend as to Plaintiffs' complaint, or to serve a copy of any answer or other defense which it might have had upon me.

    6.    This certification is made in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling Plaintiffs to obtain an entry of default against the Defendant for its failure to answer or otherwise defend as to Plaintiffs' complaint.

    7.    Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2002                  /s/Stephanie Nolan Deviney
                                                Stephanie Nolan Deviney