**BROWN & CONNERY, LLP**
Michael F. Schleigh, Esquire
Attorney I.D. # (MFS-9874)
1500 Market Street
12th Floor, East Tower
Centre Square
Philadelphia, PA 19102
Attorneys for Plaintiffs,
 Trustees of I.W. District Council
(Philadelphia and Vicinity)

| | |
|---|---|
| **TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY)**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>and<br><br>**IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION FUND**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>            Plaintiffs,<br><br>      vs.<br><br>JHE, INC.<br> 306 Weathervane Commons<br> Richboro, PA 18954<br><br>            Defendant. | **IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**<br><br><br><br>CIVIL ACTION NO. 02-2795<br><br><br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

    To:    MICHAEL E. KUNZ, Clerk of the Court

    Default was entered against Defendant, JHE, Inc., on September 20, 2002, for failure to appear, to plead or defend. Please enter default judgment against Defendant, JHE, Inc. in the sum of $2,028.52 and award attorney's fees of $1,515.00 and costs of $205.44.

  Plaintiffs will rely on the attached Certification of Amount Due, Certification of Attorneys' Fees and Non-Military Service.

                **BROWN & CONNERY, LLP**
                Attorneys for Plaintiffs

Dated: December 3, 2002      By: /s/Michael F. Schleigh
                 Michael F. Schleigh