***BROWN & CONNERY, LLP***
Michael F. Schleigh
Attorney I.D. # (MFS-9874)
1500 Market Street
12th Floor, East Tower
Centre Square
Philadelphia, PA 19102
Attorneys for Plaintiffs,
 Trustees of I.W. District Council
(Philadelphia and Vicinity)

| | |
|---|---|
| **TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY)**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>and<br><br>**IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION FUND**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>      Plaintiffs,<br><br>   vs.<br><br>JHE, INC.<br>306 Weathervane Commons<br>Richboro, PA 18954<br><br>      Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br><br>CIVIL ACTION NO. 02-2795<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

     Michael F. Schleigh, of full age, hereby certifies and says:

    1.    On December 3, 2002, I served a copy of the Request for entry of default judgment, certification of amount due, certification of attorneys' fees and non-military service, and proposed form of default judgment on defendant JHE, Inc., c/o Thomas J. Stevens at 306 Weathervane Commons, Richboro, PA 18954, by mailing it first class mail, postage pre-paid.

      2.      Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 3, 2002                  /s/Michael F. Schleigh
                                                       Michael F. Schleigh