*BROWN & CONNERY, LLP*
Michael F. Schleigh, Esquire
Attorney I.D. # (MFS-9874)
1500 Market Street
12th Floor, East Tower
Centre Square
Philadelphia, PA 19102
Attorneys for Plaintiffs,
 Trustees of I.W. District Council
(Philadelphia and Vicinity)

| | |
|---|---|
| **TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY)**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>and<br><br>**IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT & PENSION PLAN**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>    Plaintiffs,<br><br>   vs.<br><br>**JHE, INC.**<br> 306 Weathervane Commons<br>Richboro, PA 18954<br><br>    Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br>CIVIL ACTION NO. 02-2795<br><br><br>**JUDGMENT BY DEFAULT** |

The Summons and Complaint in the above-entitled action having been duly served on defendant JHE, Inc., and said defendant having defaulted for failure to appear in the action, and the plaintiffs, Trustees of Iron Workers District Council (Philadelphia and Vicinity), Iron Workers District Council (Philadelphia and Vicinity)(Benefit and Pension Plan), having filed a Certification of Amount Due and Certification of Attorneys' Fees and of Non-Military Service;

IT IS on this _____ day of December, 2002, **ORDERED AND ADJUDGED** that judgment be and hereby is entered in favor of the plaintiffs, Trustees of Iron Workers District Council (Philadelphia and Vicinity), Iron Workers District Council (Philadelphia and

Vicinity)(Benefit and Pension Plan), and against the defendant, JHE, Inc., in the amount of $2,028.52, plus allowable attorney's fees in the amount of $_____, and allowable costs in the amount of $_____, together with post-judgment interest.

_____
Deputy Clerk