*BROWN & CONNERY, LLP*
Michael F. Schleigh, Esquire
Attorney I.D. # (MFS-9874)
1500 Market Street
12th Floor, East Tower
Centre Square
Philadelphia, PA 19102
Attorneys for Plaintiffs,
 Trustees of I.W. District Council
(Philadelphia and Vicinity)

| | |
|---|---|
| TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY)<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>and<br><br>IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION FUND<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>         Plaintiffs,<br><br>     vs.<br><br>JHE, INC.<br>306 Weathervane Commons<br>Richboro, PA 18954<br><br>         Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br><br>CIVIL ACTION NO. 02-2795<br><br><br><br>**CERTIFICATION OF GENUINENESS OF FACSIMILE COPY OF SIGNATURE OF LARRY O'DONNELL** |

Michael F, Schleigh, Esquire, being of full age, certifies as follows:

1. I am an attorney of the law firm of Brown & Connery, LLP, attorneys for the Plaintiffs. I have personal knowledge of the facts set forth in this Certification.

2. Larry O'Donnell acknowledged the genuineness of the signature on his facsimile copy of each certification. An original certification with an original signature will be filed if requested by the Court or a party.

3. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

        **BROWN & CONNERY, LLP**
        Attorneys for Plaintiffs

Dated: December 3, 2002        By:  /s/Michael F. Schleigh
                                                   Michael F. Schleigh