*BROWN & CONNERY, LLP*
Michael F. Schleigh, Esquire
Attorney I.D. # (MFS-9874)
1500 Market Street
12th Floor, East Tower
Centre Square
Philadelphia, PA 19102
Attorneys for Plaintiffs,
 Trustees of I.W. District Council
(Philadelphia and Vicinity)

| | |
|---|---|
| **TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY)**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>and<br><br>**IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT & PENSION PLAN**<br>6401 Castor Avenue<br>Philadelphia, PA 19149<br><br>       Plaintiffs,<br><br>    vs.<br><br>**JHE, INC.**<br> 306 Weathervane Commons<br>Richboro, PA 18954<br><br>       Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br>CIVIL ACTION NO. 02-2795<br><br><br>**CERTIFICATION OF AMOUNT DUE** |

       I, LARRY O'DONNELL, being of full age, do hereby certify:

       1.       I am a Field Representative with Iron Workers District Council, Philadelphia and Vicinity, Benefit and Pension Plan, plaintiff in the above-entitled action, and I am authorized to make this certification on its behalf.

       2.       I certify that I have knowledge of the amount due by the defendant JHE, Inc. (the "Defendant") to the Plaintiff.

*1*

    3.    As of November 12, 2002, the sum of $2,028.52 from Defendant to the Plaintiffs based upon Defendant's breach of the Collective Bargaining Agreement for failure to pay shortages and interest.

    4.    The sum due Plaintiffs by Defendant as of November 12, 2002, is calculated as follows:

| | |
|---|---|
| Underpayments | $   233.56 |
| Assessments | $1,715.76 |
| Interest | $     79.20 |
| Total | $2,028.52 |

    5.    There are no additional deductions, set-offs, credits or allowances to the sum aforementioned except as have been specified and credited.

    6.    Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2002                          /s/Larry O'Donnell
                                                                                LARRY O'DONNELL