IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) and IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) BENEFIT AND PENSION FUND, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO. 02-2795 |
| JHE, INC., | : : | |
| Defendant. | : | |

**ORDER COMPELLING JHE, INC. TO ANSWER
POST JUDGMENT INTERROGATORIES IN AID OF EXECUTION**

AND NOW, this 13th day of March, 2003, on motion to enforce litigant's rights, to which no opposition has been filed, it is hereby ORDERED as follows:

(1) Thomas J. Stevens, as treasurer of JHE, Inc., has violated the litigant's rights of the Plaintiffs by failing to answer the Post Judgment Interrogatories to Aid in Execution of Judgment (the "Interrogatories") served upon him on January 14, 2003, by the Plaintiffs;

(2) Thomas J. Stevens, as treasurer of JHE, Inc., shall immediately provide answers to the Interrogatories;

(3) That, if Thomas J. Stevens, as treasurer of JHE, Inc., fails to answer the Interrogatories within ten (10) days of the certified date of the mailing of this Order, the court, upon motion of Plaintiff, will issue an Order to show cause why Thomas J. Stevens should not be held in contempt.

BY THE COURT:

_____

RONALD L. BUCKWALTER, J.